1 | HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY D. BUTLER, | ) No.: 3:12-cv-05243-SI |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
| | ) DISMISSAL |
| CAROLYN W. COLVIN,[1] | ) |
| Acting Commissioner, | ) |
| Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

_____

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1
STIPULATION AND ORDER FOR DISMISSAL

1

MELINDA L. HAAG
United States Attorney

2

3

4

5  Dated: March 29, 2013              /s/_____
                                      SUNDEEP R. PATEL
6                                     Special Assistant U.S. Attorney
                                      Social Security Administration
7                                     Attorney for the Defendant

8

9

10

11 Dated:  March 29, 2013             /s/_____
                                      HARVEY P. SACKETT
12                                    Attorney for Plaintiff
                                      JERRY D. BUTLER

13

14  IT IS SO ORDERED.

15

16  Dated: __4/1/13_____    _____
                                      HON. SUSAN ILLSTON
17                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER FOR DISMISSAL